UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Luann K. Caprio

                    Plaintiff,                              CIVIL ACTION
                                                           NO.  04-10603-PBS

          v.

Columbia Acorn fund, et al
                    Defendants.



**ORDER**


**SARIS, U.S.D.J.**                                        April 15, 2004


       The Court orders that Electronic Case Filing is mandatory in this action as of May 6,

2004.  For information as to how to enroll, check the Court's web site at

http://www.mad.uscourts.gov/CaseInfo/CM_ECF.htm.  Courtesy paper copies of all

electronically filed dispositive motions and attachments shall be filed and plainly

marked "courtesy copy".



                                              /s/ Patti B. Saris
                                              United States District Judge



Copies to:  All Counsel